IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01863-LTB

KIKI LOMBARDI,

    Applicant,

v.

ARAPAHOE COUNTY JAIL/COURT, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 18, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 18 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/L. Gianelli
            Deputy Clerk